November 3, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

VICTOR CHARLES BARBER, Appellant

NO. 14-11-00656-CR          V.

THE STATE OF TEXAS, Appellee
_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on July 14, 2011.  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.